David Harmon, Esq. *
*(1917-2013)
Mark J. Linder, Esq.
Ira Rogowsky, Esq.
Lisa M. Turpin, Esq.
Thomas A. Graci, Esq.
Jennifer R. Snider, Esq.
Michelle Jean-Jacques, Esq.
Eric Mausolf, Esq.

## *Harmon, Linder & Rogowsky*
*Attorneys at Law*
3 Park Avenue, 23rd Floor
Suite 2300
New York, NY 10016
Tel. (212) 732-3665
Fax. (212) 732-1462

Jordan Byrd, Esq.
Bret Myerson, Esq.
Brett I. Bloom, Esq.
Keith A. Mininson, Esq.
Melissa Klafter, Esq.
Pawel Jankowski, Esq.

June 13, 2019

**VIA ELECTRONIC FILING**
HON. Magistrate Judge Ramon E. Reyes, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: Martha H. Medrano v. Avelino Services, Inc.
  Docket No.: 18-CV-01894 (AMD)(RER)

Dear Honorable Judge Reyes:

  We represent the plaintiff, Martha H. Medrano, in the abovementioned matter.

  At this time, counsel wishes to advise the Court that the parties have reached a settlement on this case. A Stipulation of Discontinuance will soon be filed with the Court to be "So Ordered".

  Since this matter is settled, counsel respectfully request that the scheduled Conference on for **July 9, 2019 at 11:00A.M.** be CANCELLED and the parties be allowed a reasonable amount of time to file the Stipulation of Discontinuance.

  Should any additional information be required, please feel free to contact the undersigned.

  Thank you for the opportunity to address the Court in this matter.

Very truly yours,
Michelle Jean-Jacques

CC: **Via Email: nsnyder@shaferglazer.com**
Nicole M. Snyder, Esq.
Shafer Glazer, LLP
Attorneys for Defendants
125 Maiden Lane, 16th Floor
New York, NY 10017
Tel: (516) 267-5915
Fax: (516) 281-9816
File No.: 1342.0191