UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARTHA H. MEDRANO,

                              Plaintiff,

      -against-

AVELINO SERVICES, INC. and "JOHN DOE",

                              Defendants.
-----------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE**

Index No. 18-cv-01894-AMD-RER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the attorneys of record of all the parties of the above entitled action, that whereas no party is an infant or in competent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that all claims in the above entitled action be, and same hereby is discontinued, with prejudice, without costs for either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
         May 31, 2019

_____
HARMON, LINDER & ROGOWSKY, ESQS.
Attorneys for Plaintiff
MARTHA H. MEDRANO
3 Park Avenue, #2300
New York, NY 10016-5902
(212) 732-3665
File No.

_____
SHAFER GLAZER, LLP
Attorneys for Defendant
AVELINO SERVICES, INC.
125 Maiden Lane, Suite 16-A
New York, NY 10038
(212) 267-0011
File No. 232-00123